UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROBERT C. O'MALLEY,

                Plaintiff,

v.                                                 Case No. 22-C-268

KEVIN A. CARR, et al.,

                Defendants.

---

## DECISION AND ORDER

---

      Plaintiff Robert C. O'Malley, who is a Wisconsin state prisoner confined at Green Bay Correctional Institution, filed this 42 U.S.C. §1983 action pro se. At the Court's request, Attorney Victor Plantinga volunteered to represent O'Malley for the limited purpose of preparing an amended complaint and conducting discovery. The Court thanks him for his service. O'Malley recently informed the Court that he is recovering from heart surgery, so to allow sufficient time for counsel to confer with his client, the Court will require that an amended complaint be filed by **September 2, 2022**. If counsel believes he needs more time to prepare the amended complaint, he may file a motion explaining why he needs more time and stating how much more time he believes he needs. The Prison Litigation Reform Act applies to this case, so the Court will screen the amended complaint to identify cognizable claims before it is served on the defendants. *See* 28 U.S.C. §1915A.

      **IT IS THEREFORE ORDERED** that O'Malley must file an amended complaint by **September 2, 2022**.

      Dated at Green Bay, Wisconsin this 5th day of July, 2022.

                                                          s/ William C. Griesbach
                                                          William C. Griesbach
                                                          United States District Judge